Drew L. Johnson
Kathryn Tassinari
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JESSICA A. EDEN,** | Case No. 6:17-cv-00576-MC |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $16,351.75 in attorney fees, out of which Plaintiff's attorney shall refund to Plaintiff EAJA fees already received by counsel in the amount of $5,794.41, for a net §406(b) attorney fee award herein of

$10,557.34. Defendant shall pay $16,351.75 to Plaintiff's counsel, Drew L. Johnson less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of September 24, 2018.

_____
U.S. District Judge/Magistrate Judge


PRESENTED BY:

By: /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff